IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN L. GANTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-262 Erie |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| M. HARLOW, et al., | ) | Magistrate Judge Susan Paradise Baxter |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On October 25, 2012, this case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On August 27, 2013, the Magistrate Judge issued a Report (Doc. 43), recommending that the Motion to Dismiss filed by Defendants Michael Harlow and Maxine Overton (Doc. 19) be granted in part and denied in part, the Motion to Dismiss filed by Defendant Pamela Reynolds (Doc. 24) be granted, and the Motion to Dismiss filed by Defendants Robert Maxa and Daniel Telega (Doc. 27) be denied, as described in the Report.  Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Motion to Dismiss filed by Defendants Michael Harlow and Maxine Overton (**Doc. 19**) is **GRANTED** with respect to Defendant Harlow and **DENIED** with respect to Defendant Overton; the Motion to Dismiss filed by Defendant Pamela Reynolds (**Doc. 24**) is **GRANTED;** the Motion to Dismiss filed by Defendants Robert Maxa and Daniel Telega (**Doc. 27**) is **DENIED;** Defendants Harlow and Reynolds are DISMISSED WITH PREJUDICE from this

lawsuit; and the Report and Recommendation of Magistrate Judge Baxter dated August 27, 2013, hereby is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.

September 23, 2013

s\ Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

John L. Gantt
HJ-4372
SCI Albion
10745 Route 18
Albion, PA 16475