IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOHN L. GANTT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-262 Erie |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| M. HARLOW, et al., | ) | Magistrate Judge Susan Paradise Baxter |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

On October 25, 2012, this case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On September 10, 2013, the Magistrate Judge issued a Report (Doc. 50), recommending that the Plaintiff's motion for preliminary injunction (Doc. 41) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Motion for Preliminary Injunction filed by Plaintiff John L. Gantt (**Doc. 41**) is **DENIED;** and the Report and Recommendation of Magistrate Judge Baxter dated September 10, 2013 **(Doc. 50)** hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 30, 2013                                              s\ Cathy Bissoon
                                                                                                 Cathy Bissoon
                                                                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

John L. Gantt
HJ-4372
SCI Albion
10745 Route 18
Albion, PA 16475