# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN L. GANTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-262E |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| MAXINE OVERTON, *et al*, | ) | |
| | ) | Magistrate Judge Susan Paradise Baxter |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 19, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 115) recommending that the Medical Defendants' Motion for Summary Judgment (Doc. 73) and the DOC Defendant's Motion for Summary Judgment (Doc. 77) be granted. Service of the Report and Recommendation was made on the parties, and Plaintiff timely filed objections (Doc. 116). After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and Objections thereto, the following Order is entered:

The Medical Defendants' Motion for Summary Judgment (**Doc. 73**) and the DOC Defendant's Motion for Summary Judgment (**Doc. 77**) are **GRANTED**, and the Report and Recommendation of Magistrate Judge Baxter, dated November 19, 2014, is adopted as the opinion of the District Court.

IT IS SO ORDERED.

December 12, 2014                                       s\Cathy Bissoon
                                                        Cathy Bissoon
                                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record